IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                Case No. 16-cr-30024-DRH-7

SAMUEL DEWAYNE MONROE

        Defendant.

## MEMORANDUM AND ORDER

**HERNDON, District Judge**:

    Before the Court is a motion to withdraw as counsel for defendant Monroe (Doc. 116). Counsel seeks withdrawal based on personal circumstances that will preclude his continued representation of defendant Monroe. The government has no objection to the motion and further points out that additional motions to continue are highly likely, given the number of co-defendants charged in this case, (Doc. 117). Thus, any delay caused by the appointment of new counsel to represent defendant Monroe would be mitigated by the motions to continue trial.

    Therefore, for good cause, said motion to withdraw is **GRANTED** (Doc. 116). CJA counsel Ronald E. Jenkins is hereby terminated as representative counsel for defendant. Accordingly, the Court hereby **APPOINTS** as CJA

counsel, attorney **Robert L. Elovitz,** 521 St. Louis Street, Edwardsville, IL 62025, of the CJA Panel, to represent defendant Monroe in this matter.

**IT IS SO ORDERED.**

Signed this 29th day of June, 2016.

Digitally signed by Judge David R. Herndon
Date: 2016.06.29 09:59:17 -05'00'

**United States District Judge**