IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                               Case No. 16-cr-30024-DRH-7

SAMUEL DEWAYNE MONROE,

        Defendant.

## MEMORANDUM AND ORDER

**HERNDON, District Judge**:

On June 9, 2017, Defendant Samuel Dewayne Monroe was sentenced and committed to the custody of the United States Bureau of Prisons for a 168-month term of imprisonment. Defendant now moves for return of his $1,500 bond (Doc. 418), to which the United States responded (Doc. 420).

In his motion, Monroe explicitly agrees to the satisfaction of the debts owed to this Court (Doc. 418, pg. 2). As of today's date, Monroe has a balance of $75.00 of the $100.00 special assessment imposed and the full $600.00 of the fine imposed by the judgment against him (Doc. 279). The government has no objection to Monroe's motion, and simply requests that the Court direct the Clerk to refund the bond money to Monroe, less the $675 balance remaining on his Court imposed assessment and fine, which the Court takes to be a motion pursuant to 28 U.S.C. § 2044 that $675.00 of the monies on deposit for bond be

paid to the United States attorney to then be applied to payment of the fine and assessment.

Therefore, the Court **GRANTS** Monroe's motion and **DIRECTS** the Clerk of Court to return $825.00 of the bond posted on March 8, 2016, to Defendant Samuel Dewayne Monroe at his last known address in the Clerk of Court's records. Pursuant to 28 U.S.C. 2044, $675.00 shall be paid to the United States Attorney who is directed to pay said sums back to the Clerk of the Court for the purpose of satisfying Samuel Dewayne Monroe's fine and assessment.

**IT IS SO ORDERED.**

Judge Herndon
2018.03.06
17:38:24 -06'00'

**United States District Judge**